IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**AMMON BUNDY, et al.,**<br><br>    Defendants. | No. 3:16-cr-00051-BR<br><br>ORDER APPOINTING PRO BONO COUNSEL TO REPRESENT THE COURT'S INTEREST IN THE ORDER TO SHOW CAUSE PENDING AGAINST MARCUS R. MUMFORD |

**MOSMAN, J.,**

Pursuant to the Court's Pro Bono Program, I appoint Robert C. Weaver, Jr. to prosecute the Order to Show Cause pending against Marcus Mumford.

Upon completion of the prosecution of the Order to Show Cause, Mr. Weaver must file the Notice of Completion of Pro Bono Appointment with the appropriate option checked. Additional information regarding, among other things, the Notice of Completion and reimbursement of costs is available in the Pro Bono Procedures document located on the Court's website.

///

///

///

1 –ORDER APPOINTING PRO BONO COUNSEL

The Clerk of the Court is directed to add Mr. Weaver and his assistant Holly Hendricks to the electronic notifications in the above captioned matter. Their email addresses are: RWeaver@gsblaw.com and HHendricks @gsblaw.com.

DATED this 22 day of June, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge

2 – ORDER APPOINTING PRO BONO COUNSEL