THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| In re Mr. Marcus Mumford. | CASE NO. 3:17-MC-00348-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. After granting Marcus Mumford's motion for an extension (Dkt. No. 2188), the Court set August 8, 2017,[1] as the deadline for any motion for production of final transcript excerpts. Mr. Mumford has not filed a motion for production of final transcripts nor has he filed a motion for extension of time. Accordingly, the Court assumes Mr. Mumford does not seek production of any final transcripts and will not consider any motion filed for such without an explanation of good cause for the delay in filing the motion for production and for failing to seek an extension of time. As set forth in the Court's August 8, 2017, Order, Mr. Mumford's Response Brief to the Order to Show Cause is due on or before October 17, 2017.

//

//

---

[1] Mr. Mumford asked for an extension to August 7, 2017.

ORDER
PAGE - 1

DATED this 9th day of August, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE