THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| IN RE MARCUS R. MUMFORD, | CASE NO. MC17-0348-JCC<br><br>ORDER TO MARCUS R. MUMFORD TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. According to the briefing schedule, Mumford's response to the Court's Order to Show Cause why his *pro hac vice* admission should not be revoked was due October 17, 2017. (Case No. 3:16-CR-0051-BR, Dkt. Nos. 2069, 2192.) The Court granted Mumford an extension of time to file his response by October 31, 2017 (Dkt. No. 5). Mumford has not filed a response.

The Court ORDERS Mumford to show cause why his failure to respond should not be treated as an admission that revocation is warranted and that the January 8, 2017 evidentiary hearing is no longer necessary. Mumford's written response shall be filed no later than seven (7) days from the date of this order.

//

//

//

ORDER TO MARCUS R. MUMFORD TO SHOW
CAUSE
MC17-0348-JCC
PAGE - 1

1   DATED this 3rd day of November 2017.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE