THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| In re Mr. Marcus R. Mumford, | CASE NO. 3:17-mc-0348-JCC<br><br>MINUTE ORDER |

This matter comes before the Court on Counsel for the District of Oregon's Motion for Clarification of the Court's Minute Order Dated November 13, 2017 (Dkt. No. 10). Despite repeated extensions of time (Dkt. Nos. 4, 9) to file a response to the Show Cause Order why Mr. Mumford's *pro hac vice* admission should not be revoked (Case No. 3:16-CR-0051-BR, Dkt. No. 2069), Mr. Mumford has filed only a provisional response (Dkt. No. 7). The Court will not accept further briefing on the matter from Mr. Mumford.

The District of Oregon's brief in opposition to Mr. Mumford's provisional response is due thirty (30) days from the date of this order. Any objections to the form of Mr. Mumford's provisional response can be made at that time. Furthermore, the Court's strikes Mr. Mumford's right to file a reply to the District of Oregon's brief, as Mr. Mumford's repeated delays have left the Court inadequate time to consider a reply in light of the pending evidentiary hearing scheduled for January 8, 2017.

1  The Court reminds Mr. Mumford that as a condition for a previous extension he
2 requested, he agreed to name the witnesses he intends to call at the evidentiary hearing scheduled
3 for January 8, 2018. (Dkt. No. 4 at 4.) He must provide this information, along with a brief
4 description of their proposed testimony, no later than December 8, 2017. If he fails to do so, the
5 Court will not hear their testimony during the pending evidentiary hearing.

DATED this 14th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE