THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

IN RE MARCUS R. MUMFORD.

CASE NO. 3:17-cv-0348-JCC

ORDER STRIKING MOTION TO DISMISS SHOW CAUSE ORDER

This matter comes before the Court on attorney Marcus Mumford's motion to dismiss the order to show cause why his *pro hac vice* admission to the District of Oregon should not be revoked (Dkt. No. 14) and the District of Oregon's motion to strike (Dkt. No. 15). Having thoroughly considered the briefing and the relevant record, the Court GRANTS the motion to strike (Dkt. No. 15) for the reasons explained herein.

Mr. Mumford was granted *pro hac vice* admission in the matter of *United States v. Ammon Bundy*. *See* Case No. CR16-0051-BR, Dkt. No. 665 (D. Or. 2016). During the resulting trial, Mr. Mumford refused to observe court rulings, argued with the court, commented on the testimony of a witness in the presence of the jury, violated an order from the court by allowing a fact witness to observe the trial when not testifying, and argued for his client's release from custody following acquittal despite a pre-existing custody order for his client in another case. Case No. CR16-0051-BR, Dkt. No. 2069 (D. Or. 2016). His actions violated the standards for

professional conduct. *See* D. Or. Local Civ. R. 83-7. Based on this behavior, the District of Oregon issued an order for Mr. Mumford to show cause why his *pro hac vice* admission should not be revoked. *Id.*[1]

Mr. Mumford filed a motion to extend the time to respond and to clarify the show cause order. Case No. CR16-0051-BR, Dkt. No. 2084. The District of Oregon clarified the show cause order, granted Mr. Mumford an extension of time to respond, and *sua sponte* recused itself from further proceedings in the matter. CR16-0051-BR, Dkt. Nos. 2087, 2100, 2101. This Court was designated for further proceedings. *Id.* at 2101. Following the appointment of counsel to represent the District of Oregon, Case No. CR16-0051-BR, Dkt. No. 2145, this Court issued an order approving a stipulated briefing schedule and granting Mr. Mumford a January 8, 2018 evidentiary hearing on the show cause order. CR16-0051-BR, Dkt. No. 2192.

Despite agreeing to the stipulated briefing schedule, Mr. Mumford again sought a series of extensions to respond to the show cause order, which this Court granted. (Dkt. Nos. 5, 9.) But despite these extensions, Mr. Mumford filed only a provisional response, providing no date certain for a final response. (Dkt. No. 7-1.) This Court advised Mr. Mumford that it would accept no further briefing on the matter from him, as the District of Oregon needed time to prepare its brief in opposition to Mr. Mumford's provisional response prior to the scheduled evidentiary hearing. (Dkt. No. 13.)

Despite the Court's clear instructions (Dkt. No. 13 at 1), Mr. Mumford now moves to dismiss the show cause order. (Dkt. No. 14.) He attacks the merits of the allegations contained within the show cause order, questions the jurisdiction of the District of Oregon in issuing the order, alleges insufficient notice, and asserts other procedural infirmities. (*Id.* at 1–47.) Mr.

---

[1] This Court established a new case number, MC17-0348-JCC, for the show cause proceeding, separate and apart from *United States vs. Bundy*, Case No. CR16-0051-BR. This followed the filing of a number of documents in the show cause matter under the case number for *United States vs. Bundy*. References in this order to docket numbers without an associated case number are to documents associated with the new case number. (*See* Dkt. No. 2.)

1   Mumford provides no legal basis for this Court to consider his motion to dismiss, particularly in
2   light of this Court's past orders. Furthermore, he makes the same allegations in his provisional
3   response as he does in his motion to dismiss. (*Compare* Dkt. No. 7-1 at 2–129 *with* Dkt. No. 14
4   at 1–47.) Therefore, this Court GRANTS the motion to strike (Dkt. No. 15). The Clerk is
5   DIRECTED to strike Mr. Mumford's motion to dismiss (Dkt. No. 14).

DATED this 19th day of November, 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER STRIKING MOTION TO DISMISS SHOW
CAUSE ORDER
MC17-0348-JCC
PAGE - 3