## Repeated Failures/Refusals to Observe Court Rulings
### (Order to Show Cause, ¶ 1):

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 1 | 5 to 11 | Mumford continues to ask questions about a matter despite the Court telling him four times to "move" on to another topic. |
|   | 15 to 16 | Court sustains objection that Mumford's question has been asked by other counsel. Court then sustains same objection to the very next question. |
|   | 20 to 21 | Court sustains three objections in a row to Mumford's questions because the topic was ruled off limits. |
| 3 | 4 to 6 | Court sustains three objections to Mr. Mumford's questions and instructs him multiple times to "move on." |
|   | 10 | Court sustains objection that Mumford's question is beyond the scope. Mr. Mumford asks another question about that same topic, resulting in "Same objection" and "Same ruling." |
| 4 | 4 to 9 | Court sustains objection that topic is off limits. "That's not for this jury." The Court then sustains six more objections to related questions. Court: "Ask a question responsive to the direct." "Beyond the scope of direct." "The debate is not for this witness." "Move on" "Do not pursue this, Mr. Mumford." |
|   | 18 to 22 | Court sustains four objections to questions asked by Mr. Mumford as being beyond the scope and irrelevant. |

1

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| | 28 to 31 | Court sustains seven objections to questions by Mr. Mumford on a related topic as being beyond the scope. The Court instructs Mumford twice to move on. After the second time, Mr. Mumford returned to the same subject, resulting in another sustained objection. |
| 5 | 17 to 23 | During colloquy, Court rules that only certain narrow issues may be asked of witness in front of jury. After jury brought back in, Mumford proceeds to ask about topics in violation of ruling. Court: "That is not the material I permitted.... You've had four chances now to ask it. Ask one more time and we're moving." Objection to Mumford's next question is sustained for the same reason. |
| 7 | 4 to 9 | Mr. Mumford asks a series of repetitive questions, resulting in repeated sustained objections and the Court having to instruct Mumford to "move on" to two questions in a row. The Court tells Mumford to "don't repeat a question to which I've just sustained an objection .... Move on ...." |
| | 16 | Mumford asks back-to-back speculative questions. |
| | 17 to 21 | Court sustains 4 objections to Mumford's questioning as cumulative. Court: "[I]t is redundant and cumulative." "Ask something new, please." "You're covering the same territory that's already been covered repeatedly." "Please ask something new." |
| 8 | 4 to 8 | Court sustains a series of objections to Mumford's questions on a topic and has to repeatedly instruct Mumford to "move on." Court: "Mr. Mumford, you need to wrap with new matter, please." "So let's move on, please, Mr. Mumford." "Move on, please. I've sustained the objection." "You're going to forfeit your right to continue if you don't move on now." "Please ask a new question." "Ask a question on another matter responsive to direct, please." |

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 9 | 8 to 9 | Mumford asks question in front of jury on a topic he knew "full well" was off limits, forcing Court to preemptively stop Mumford. Court: "Stop. Stop. Stop." |
| | 16 | Mumford asks same question three times in a row. Each time the Court sustains objection for relevance. |
| | 18 to 19 | Court sustains objection to question based on "Court's previous rulings." Mumford proceeds to repeat the question, resulting in the Court telling Mumford "do not go there. Jurors, disregard that statement. I've already sustained the objection before. Don't go back. Move on now." |
| | 21 to 25 | Court rules topic irrelevant and instructs Mumford to ask "something that doesn't go contrary to a previous ruling." Mumford returns to the topic four more times despite the Court telling him to "Move on." Each time he returns to the topic the Court sustains the government's objection. |
| | 29 to 31 | Court rules topic is off limits. Mumford proceeds to asks questions on the topic resulting in the Court sustaining three more objections. The Court also instructs Mumford to "move on" three separate times. When Mumford tries yet again, the Court stops him: "I've ruled now. Please move on." |
| 10 | 15 to 16 | Court rules question is cumulative and instructs Mumford to "Move on." Mumford repeats twice more resulting in the Court sustaining the same objection twice more. Court: "The witness has answered the question … Please move on to another question." "The witness has answered the question. You need to move on …." |
| | 31 | After the Court excludes exhibit on grounds of relevance, Mumford asks question on topic of exhibit that is equally irrelevant. |

3

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 11 | 5 to 6 | Court sustains objections to two questions in a row as irrelevant.  After the second, Court explains "this is irrelevant ….  The witness is here for purposes of authenticating that he did a video ….  Please move on."  Mumford proceeds to ask two questions on the topic Court just ruled was irrelevant.  Court sustains objections to each. |
| | 20 to 21 | Court sustains objection to question and instructs Mumford to ask admissible question.  Mumford ignores the Court's instruction.  Court responds: "I'm not going to engage in this." |
| 12 | 25 to 27 | Court rules a question calls for hearsay and the witness can only answer as to state of mind.  Mumford refuses to accept the ruling requiring the Court to direct multiple times to not argue in front of the jury.  Court: "May I please just make a ruling before you interrupt me."  "Mr. Mumford, I am making rulings here.  You don't get to debate them now in the jury's presence....  Move past it now, please."  "Mr. Mumford, I've made a ruling now.  You need to follow the ruling.  We'll take this up outside the jury's presence...." |
| | 51 to 52 | Court sustains objection to witness reading scripture.  Court has to repeatedly instruct Mumford to move on and ask a question. |
| | 65 to 66 | Court rules that witness may not testify on whether she thinks any laws were broken.  Mumford's next question asks whether her organization associates with people who break the law.  Court sustains an objection.  "This is a line of questioning I've told you not to pursue." |
| 13 | 4 to 5 | Court instructs Mumford twice on what questions he can ask while sustaining objections.  Mumford does not comply.  Court: "you need to be following the Court's rulings.  I'm trying to give you guidance here on a proper question.  Either listen or move on to something else."  Mumford continues to argue with the Judge. |

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
|  | 17 to 20 | Court sustains objection to question and strikes the answer.  Court then sustains objection to Mr. Mumford essentially repeating the question.  Court: "The objection is sustained.  It's effectively the same question and answer."  The Court then sustains an objection to a different question as cumulative and argumentative and instructs Mumford to "Please continue."  Mumford immediately repeats the same question.  Court: "Mr. Mumford, you can't keep asking questions after the objection has been sustained." |
|  | 30 to 31 | Court rules that Constitution may not be marked as an exhibit and "issues of law" are not to be raised before the jury "for the reasons I've said repeatedly."  Mumford then seeks to publish the Constitution.  The Court has to again rule that it "is not permitting discussion of the law or instruction from the witness stand to the jury."  Mumford tries to argue forcing the Court to tell Mumford to move on to another question. |
| 14 | 8 to 11 | Court rules that topic is off limits.  Mumford proceeds to ask questions on that topic resulting in a series of sustained objections during which the Court repeatedly instructs Mumford to move on.  Court: "So please ask another question."  "move off ... to something else, please, Mr. Mumford."  "So let's move on now." |
| 15 | 5 to 7 | Court sustains objection regarding a violation of a ruling in limine.  Court then has to sustain two more objections.  Court: "Mr. Mumford, you're forfeiting any more examination if you press this point any further in the jurors' presence."  "And I have sustained the objection three times now.  Move on." |
| 16 | 4 to 6 | Judge rules topic off limits.  Mumford keeps asking questions about that topic, requiring the Court to repeatedly instruct Mumford to move off the topic.  Court: "Move on, please."  "So now let's please move to ... what may be helpful to this jury."  "Ask another question relevant to this case." |

5

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 17 | 5 to 6 | Court rules that topic is off limits.  Mr. Mumford 's next three questions go to that same topic, resulting in the Court sustaining three more objections. |
| 19 | 5 to 7 | Court sustains objection to question as argumentative.  Mumford repeats the exact question resulting in the same outcome.  Court: "It is the same question.  The same ruling."  Mumford then argues the ruling, forcing the Court to instruct him to "move on."  "I sustained the objection.  Ask another question, please." |
| 21 | 27 to 33 | Court rules that Mumford's client is to remain in custody.  Mumford responds that his client is "leaving the jail."  "My instruction to him is he is free to leave."  The Court states that Mumford should not "yell at me now or ever again."  "You're going to need to take up those issues with Nevada and the marshals.  Not with me."  "The Court is making a ruling.  There is a hold from Nevada... You can litigate it separately, please."  "I'm not going to argue with you."  Throughout, Mr. Mumford continues to state that his client is "free." |

## Repeated instances of improperly arguing with the Court
## (Order to Show Cause, ¶ 2):

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 2 | 5 to 6 | Court rules against Mumford re-crossing a witness. Mumford argues with Court in front of the jury. Court tells Mumford to "take a seat…. Cross is over. Redirect is over." Mumford continues to argue. The Court instructs Mumford "that's the end of it …." |
| 4 | 32 to 34 | Court rules that a question calls for speculation. Mumford continues to argue that it does not despite the Court instructing Mumford to "move on" four times. Court instructs Mumford that he can "take up this fight with me outside the presence of the jury later" and instructs him a final time to "move on now." |
| 6 | 7 to 12 | Court warns Mumford that if he raises a question about a certain topic again, he will be in contempt and fined. "I have repeatedly ruled on this issue, and ... it appears to me that you continue to disregard it." This results in an exchange between Mumford and the Court, and the Court states, "I am not going to debate this anymore. The rulings I've made are the rulings I've made. You've objected. They're preserved for the record." |
| 9 | 4 to 7 | Court permits testimony from a witness only on a certain topic. After the Court sustains an objection because Mumford's question exceeded that ruling, Mumford tries to argue. The Court tells him he'll need to take the issue up at recess. |
| 10 | 23 to 24 | After Court rules against a question as argumentative and tells Mumford to "move on." To the next question, the Court rules that the answer is already in the record and to "move on, please." Mumford argues with the Judge in front of the jury: "It's not in the record …." The Court has to instruct Mumford again to "please, move on." |

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 12 | 5 to 6 | Court rules that a video Mumford wants to show is cumulative. When Mumford asks to respond, the Court says no. Mumford proceeds to respond in spite of the Court's ruling, prompting the Court to admonish him: "don't raise your voice." |
| | 12 to 14 | After ruling an exhibit inadmissible, Mumford argues heatedly. Court: "calm down." "Please let the Court make a ruling and stop with the theatrics. I need to get through this." After more argument from Mumford, Court states that it's "not debating this one anymore." |
| | 25 to 27 | Court rules a question calls for hearsay and the witness can only answer as to state of mind. Mumford refuses to accept the ruling requiring the Court to several times instruct Mumford to not argue in front of the jury. Court: "May I please just make a ruling before you interrupt me." "Mr. Bundy, be quiet, please." "Mr. Mumford, I am making rulings here. You don't get to debate them now in the jury's presence.... Move past it now, please." "Mr. Mumford, I've made a ruling now. You need to follow the ruling. We'll take this up outside the jury's presence...." |
| | 35 to 40 | Court asks how much longer Mumford's direct examination of a witness will be. Mumford responds by arguing with the Judge in a heated manner. Court: "Don't shout at me." "Please clam down and don't yell at me." "You need to stop pointing and yelling." "I can't hear your argument if you keep threatening me." "Let me finish a sentence before you jump down my throat." "I need you to be calm." Court instructs Mumford to make his proffer three times but Mumford instead keeps arguing with the Court. |
| | 46 to 47 | Court rules on a line of questioning. Mumford proceeds to argue with the Court resulting in the Court repeatedly telling him to move on. Court: "You are going to have to take the ruling. You may have what I've given you, or not." "We're not discussing this anymore." "I need you to move on now. I've spent 30 minutes on this issue." "I'm not saying anything more." |

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| | 54 to 56 | Court sustains objection to witness testimony about what the law says. Mumford proceeds to argue with the Court in front of the jury. Court repeatedly tells Mr. Mumford to move on and not argue in the jury's presence. Court: "We're not going to take this up in the jury's presence. Mr. Mumford. Take a seat." "Jurors, the ruling stands." "Counsel, move on now -- Move on." "I've told the jury now three times this point. Mr. Knight's objection is sustained." "I'm not going to make any more instructions." |
| 13 | 4 to 6 | Court instructs Mumford twice on what questions he can ask while sustaining objections. Mumford does not comply. Court: "You need to be following the Court's rulings. I'm trying to give you guidance here on a proper question. Either listen or move on to something else." Mumford continues to argue with the Judge. |
| | 25 to 27 | Judge overrules Mumford's objection. Mumford complains that the Court sustained same objections when made by the government. |
| 18 | 5 to 6 | After Court rules an exhibit is cumulative and irrelevant, Mumford complains: "How can it be cumulative ...." and argues that the government's exhibits have been more cumulative. Court: "The objection remains sustained." |
| 19 | 5 to 7 | Court sustains objection to question as argumentative. Mumford repeats the exact question resulting in the same outcome. Court: "It is the same question. The same ruling." Mumford then argues the ruling, forcing the Court to instruct Mumford to "move on." "I sustained the objection. Ask another question, please." |

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 21 | 27 to 33 | Court rules that Mumford's client is to remain in custody.  Mumford responds that his client is "leaving the jail," "my instruction to him is he is free to leave."  The Court states that Mumford should not "yell at me now or ever again."  "You're going to need to take up those issues with Nevada and the marshals.  Not with me."  "The Court is making a ruling.  There is a hold from Nevada... You can litigate it separately, please."  "I'm not going to argue with you."  Throughout, Mr. Mumford continues to state that his client is "free" in contravention of the Court's ruling. |

## Inappropriate commentary on the testimony of a witness in the presence of the jury
## (Order to Show Cause, ¶ 3):

| EXHIBIT | PAGE(S) | DESCRIPTION |
|---|---|---|
| 20 | 14 to 15 | Mumford ends a cross examination by thanking a witness for not saying anything. "Thank you.  Thanks - thanks for not saying anything.  Thank you."  Court sustains the objection to the commentary. |

GSB:9160760.1